JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE MENICHIELLO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN CONSTRUCTION, INC., and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants. | Case No. 8:17-cv-01867-JLS-DFM<br><br>**ORDER** |

1

Having reviewed the parties' Joint Stipulation (Doc. 27), the Declaration of Todd M. Friedman (Doc. 27-1) and the Settlement Agreement (Doc. 28), the Court finds that the Settlement Agreement and dismissal of the Named Plaintiff's claims do not raise concerns of prejudice to the putative class, as described in *Diaz v. Trust Territory of the Pacific Islands*, 876 F.2d 1401, 1408 (9th Cir. 1989).

Therefore, IT IS HEREBY ORDERED that pursuant to the Joint Stipulation, the entire case is dismissed with prejudice as to the Named Plaintiff and without prejudice as to the Putative Class. Each party shall bear their own costs and expenses.

Dated: January 24, 2019

_____
The Honorable Josephine L. Staton